**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00397-REB-MEH

JULIE HART,

      Plaintiff,

v.

THE BOEING COMPANY, INC.,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on the **Plaintiff's Motion For Leave to File a Sur-Reply or in the Alternative for Oral Argument** [#26] filed May 26, 2009.  The motion is **DENIED**.

      Dated:  May 27, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.