**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00397-REB-MEH

JULIE HART,

    Plaintiff,

v.

THE BOEING COMPANY, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Notice of Voluntary Withdrawal of Motion To Consolidate Related Actions (Docket No. 7)** [#29] filed June 5, 2009. The notice is being construed by the court as a motion, and the motion is **GRANTED**. Plaintiff's **Unopposed Motion To Consolidate Related Actions** [#7] filed March 3, 2009, is **WITHDRAWN**.

    Dated: June 8, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.