## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, and 09-cv-01067-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

Civil Case No. 09-cv-02208-REB-BNB

THUY NGUYEN,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

Civil Case No. 09-cv-02209-REB-KLM

JESSICA WARREN,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

Civil Case No. 09-cv-02210-REB-KMT

JAMES WARREN,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED
## MOTION TO CONSOLIDATE RELATED ACTIONS

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Motion To Consolidate Related Actions** [#48], filed September 28, 2009.  I grant the motion.

As I found in a previous order granting consolidation in this matter, the three newly instituted actions – Civil Case No. 09-cv-02208-REB-BNB, ***Nguyen v. The Boeing Company, Inc.***, Civil Case No. 09-cv-02209-REB-KLM, ***Warren v. The Boeing Company, Inc.***,[1] and Civil Case No. 09-cv-02210-REB-KMT, ***Warren v. The Boeing Company, Inc.*** – implicate questions of law and fact common to those arising in the cases previously consolidated.  (**See Order Granting Motion To Consolidate and Denying Motions To Dismiss Without Prejudice** [#32] entered June 15, 2009.)  Consolidation of these actions with Civil Case No. 09-cv-00397-REB-MEH, therefore, will be appropriate and efficacious.  **See FED.R.CIV.P.** 42(a); ***Breaux v. American***

---

[1] Civil Case Nos. 09-cv-02208 and 09-cv-02209 have been reassigned to me by separate orders.  (**See Order** [#3] filed September 23, 2009, Civil Case No. 09-cv-02208-REB-BNB; **Order** [#3] filed September 23, 2009, Civil Case No. 09-cv-02209-REB-KLM.)

*Family Mutual Insurance Co.*, 220 F.R.D. 366, 367 (D. Colo. 2004).

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Unopposed Motion To Consolidate Related Actions** [#48], filed September 28, 2009, is **GRANTED**;

2. That pursuant to Fed.R.Civ.P. 42(a) and D.C.COLO.LCivR 42.1, Civil Case Nos. 09-cv-02208-REB-BNB, 09-cv-02209-REB-KLM, and 09-cv-02210-REB-KMT, are **CONSOLIDATED** with Civil Case No. 09-cv-00397-REB-MEH for all purposes;

3. That pursuant to D.C.COLO.LCivR 42.1, Civil Case Nos. 09-cv-02208-REB-BNB, 09-cv-02209-REB-KLM, and 09-cv-02210-REB-KMT, are **REASSIGNED** to Magistrate Judge Michael Hegarty;

4. That all future filings in these consolidated actions shall be captioned as shown below:

---

Civil Case No. 09-cv-00397-REB-MEH

(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, and 09-cv-02210-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

and;

5.  That plaintiffs in Civil Case Nos. 09-cv-02208, 09-cv-02209, and 09-cv-02210, **SHALL FILE** either a written notice of joinder in **Plaintiffs' Response to Defendant Boeing's Motion To Dismiss** [#37] filed July 1, 2009, or alternatively their own, separate responses to the motion within **twenty (20) days** of the date of this order; if plaintiffs file separate responses, defendant may file a reply within the time permitted by D.C.COLO.LCivR 7.1C.

Dated September 28, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge