**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH,
09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-
REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH,
09-cv-02210-REB-MEH, and 09-cv-02412-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

Civil Case No. 10-cv-00400-PAB-MJW

ROBERT P. MALLOY,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE

**Blackburn, J.**

The matter before me is **Defendant's Notice of Related Case and Unopposed
Motion To Consolidate** [#77] filed March 2, 2010.  I grant the motion.

As I found in previous orders granting consolidation in this matter, the newly
instituted action, Civil Case No. 10-cv-00400-PAB-MJW, ***Malloy v. The Boeing
Company, Inc.***, implicates questions of law and fact common to those arising in the

cases previously consolidated. (*See Order Granting Motion To Consolidate and Denying Motions To Dismiss Without Prejudice* [#32] entered June 15, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate Related Actions** [#49] entered September 28, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate Related Actions** [#52] entered October 15, 2009.) Consolidation of this action into Civil Case No. 09-cv-00397-REB-MEH, therefore, will be appropriate and efficacious. *See* FED.R.CIV.P. 42(a); *Breaux v. American Family Mutual Insurance Co.*, 220 F.R.D. 366, 367 (D. Colo. 2004).

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Notice of Related Case and Unopposed Motion To Consolidate** [#77] filed March 2, 2010, is **GRANTED**;

2. That pursuant to Fed.R.Civ.P. 42(a) and D.C.COLO.LCivR 42.1, Civil Case No. 10-cv-00400-PAB-MJW is **CONSOLIDATED** with Civil Case No. 09-cv-00397-REB-MEH for all purposes;

3. That pursuant to D.C.COLO.LCivR 42.1, Civil Case No. 10-cv-00400-PAB-MJW is **REASSIGNED** to Magistrate Judge Michael Hegarty;

4. That all future filings in these consolidated actions shall be captioned as shown below:

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH,
09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-
REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH,
09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, and 10-cv-00400-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

and;

     5.  That by **March 10, 2010**, plaintiff in Civil Case No. 10-cv-00400 **SHALL FILE**

either a written notice of joinder in **Plaintiffs' Opposition to The Boeing Company's**

**Motion To Certify Order Denying Motion To Dismiss for Interlocutory Appeal (Dkt.**

**No. 56)** [#70] filed December 14, 2009, or, alternatively, a separate response to the

motion; provided, furthermore, if plaintiff files a separate response, defendant may file a

reply within the time permitted by D.C.COLO.LCivR 7.1C.

     Dated March 3, 2010, at Denver, Colorado.

                                  **BY THE COURT:**

                                  Robert E. Blackburn
                                  United States District Judge