IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, and 10-cv-00400-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

Civil Case No. 10-cv-00552-PAB

JERED MARTIN,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

# ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE

**Blackburn, J.**

The matter before me is **Defendant's Notice of Related Case and Unopposed Motion To Consolidate** [#80], filed March 15, 2010. I grant the motion.

As I found and concluded in previous orders granting consolidation in this matter, the newly instituted action, Civil Case No. 10-cv-00552-PAB, ***Martin v. The Boeing***

*Company, Inc.*, implicates questions of law and fact common to those arising in the cases previously consolidated.  (*See* **Order Granting Motion To Consolidate and Denying Motions To Dismiss Without Prejudice** [#32] entered June 15, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate Related Actions** [#49] filed September 28, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate Related Actions** [#52] entered October 15, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate** [#78] entered March 3, 2010.) Consolidation of this action into Civil Case No. 09-cv-00397-REB-MEH, therefore, will be appropriate and efficacious.  *See* **FED.R.CIV.P.** 42(a); *Breaux v. American Family Mutual Insurance Co.*, 220 F.R.D. 366, 367 (D. Colo. 2004).

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Defendant's Notice of Related Case and Unopposed Motion To Consolidate** [#80] filed March 15, 2010, is **GRANTED**;

    2.  That pursuant to Fed.R.Civ.P. 42(a) and D.C.COLO.LCivR 42.1, Civil Case No. 10-cv-00552-PAB is **CONSOLIDATED** with Civil Case No. 09-cv-00397-REB-MEH for all purposes;

3.  That pursuant to D.C.COLO.LCivR 42.1, Civil Case No. 10-cv-00552-PAB **SHALL BE ASSIGNED** to the Honorable Michael E. Hegarty, United States Magistrate Judge for the United States District of Colorado;

    4.  That all future filings in these consolidated actions shall be captioned as shown below:

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, 10-cv-00400-REB-MEH, and 10-cv-00552-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

and;

    5. That plaintiff in Civil Case No. 10-cv-00552 **SHALL FILE** either a written notice of joinder in **Plaintiffs' Opposition to The Boeing Company's Motion To Certify Order Denying Motion To Dismiss for Interlocutory Appeal (Dkt. No. 56)** [#70] filed December 14, 2009, or, alternatively, **SHALL FILE** a separate response to the motion by no later than **March 22, 2010**; provided, furthermore, if plaintiff files a separate response, then defendant may file a reply within the time permitted by D.C.COLO.LCivR 7.1C.

    Dated March 17, 2010, at Denver, Colorado.

                                **BY THE COURT:**

                                Robert E. Blackburn
                                United States District Judge