**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH,
09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-
REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH,
09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, 10-cv-00400-REB-MEH and 10-cv-
00552-REB-MEH)

JULIE HART,

      Plaintiff,

v.

THE BOEING COMPANY, INC.,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court on **Plaintiff Malloy's Joinder in The
Opposition To The Boeing Company's Motion To Certify Order Denying Motion To
Dismiss For Interlocutory Appeal** [#85] filed March 17, 2010.  The motion is
**GRANTED**.  Plaintiff Malloy is permitted to join in **Plaintiffs' Opposition To The
Boeing Company's Motion To Certify Order Denying Motion To Dismiss For
Interlocutory Appeal (Dkt. No. 56)** [#70] filed December 14, 2009.

      Dated:  March 17, 2010

---

      [1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.