IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00397-REB-MEH

(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-01064-REB-MEH, 09-cv-01065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, 10-cv-00400-REB-MEH, and 10-cv-00552-REB-MEH)

JULIE HART,
CAREY MEGAN SCHARFENSTINE, for herself and as mother and next friend of Lloyd Colin Scharfenstine and Greyson Cole Scharfenstine,
DANIELA ESCUDERO CONTAG,
GABRIEL TREJOS, for self and as parent and next friend of Elijah Gabriel Trejos, and
MARIA DEANDRA TREJOS,
THUY NGUYEN,
JESSICA WARREN,
JAMES WARREN,
MICHAEL STEVENS,
ROBERT P. MALLOY, and
JERED MARTIN,

    Plaintiffs,

v.

THE BOEING COMPANY, INC., and
CONTINENTAL AIRLINES, INC.

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 19, 2010.**

    The Joint Motion to Vacate Pending Mediation [filed July 16, 2010; docket #100] is **granted**. The Settlement Conference set for July 27, 2010, is hereby **vacated**. The parties shall file a status report with the Court indicating their interest in rescheduling a settlement conference within five business days of a ruling by the Tenth Circuit on Boeing's petition for interlocutory appeal.

    The Settlement Conference in *Warren v. Continental Airlines, Inc.*, No. 10-cv-00584-REB-MEH remains scheduled for July 27, 2010.