IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00397-REB-MEH

(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-01064-REB-MEH, 09-cv-01065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, 10-cv-00400-REB-MEH, 10-cv-00552-REB-MEH, 10-cv-01948-REB-MEH)

JULIE HART,
CAREY MEGAN SCHARFENSTINE, for herself and as mother and next friend of Lloyd Colin Scharfenstine and Greyson Cole Scharfenstine,
DANIELA ESCUDERO CONTAG,
GABRIEL TREJOS, for self and as parent and next friend of Elijah Gabriel Trejos, and
MARIA DEANDRA TREJOS,
THUY NGUYEN,
JESSICA WARREN,
JAMES WARREN,
MICHAEL STEVENS,
ROBERT P. MALLOY,
JERED MARTIN,
DAVID KHADEM-GHAEINI, individually and as parent and next friend of Minae Khadem and Emmah Khadem, and
FRANCISE KHADEM-GHAEINI, individually and as parent and next friend of Minae Khadem and Emmah Khadem,

      Plaintiffs,

v.

THE BOEING COMPANY, INC., and
CONTINENTAL AIRLINES, INC.

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 29, 2010.**

      The Consolidated Plaintiffs' Motion to Modify Original Scheduling Order to Extend Time to Conduct Discovery and Endorse Expert Witnesses [filed September 24, 2010; docket #111] is **granted in part** and **denied in part** as follows.  A Telephonic Status Conference is hereby scheduled for Tuesday, **October 5, 2010**, at **9:00 a.m.** MST to discuss the setting of new deadlines. The parties shall first conference together and then call Chambers at (303) 844-4507 at the designated time.