**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, 10-cv-00400-REB-MEH, 10-cv-00552-REB-MEH, 10-cv-01948-REB-MEH, 10-cv-02157-REB-MEH, and 10-cv-02199-REB-MEH)

JULIE HART,

    Plaintiff,

v.

THE BOEING COMPANY, INC.,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendant The Boeing Company's Motion To File Surreply To Plaintiffs' Reply Brief in Support of Motion To Continue Trial Date [Dkt. #127] Filed on November 10, 2010** [#128] filed November 12, 2010. The motion is **GRANTED** and **Defendant The Boeing Company's Surreply To Plaintiffs' Reply Brief in Support of Motion To Continue Trial Date [Dkt. #127] Filed on November 10, 2010** [#128-1] is accepted for filing.

    Dated: November 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.